IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

JAMAR STREET,

    Petitioner,

v.

LOUIS WILLIAMS II,

    Respondent.

JUDGMENT IN A CIVIL CASE

Case No. 17-cv-364-bbc

This action came before the court for consideration with District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

IT IS ORDERED AND ADJUDGED that judgment is entered in favor of respond Louis Williams II, the petition for a writ of habeas corpus filed by Jamar Street.

/s/                                   8/18/2017
Peter Oppeneer, Clerk of Court           Date